Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STUBHUB, INC.,

Plaintiff(s),

v.

GOLDEN STATE WARRIORS, LLC AND TICKETMASTER L.L.C.

Defendant(s).

Case No: 15-cv-01436

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

I, Gordon Schnell, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, STUBHUB, INC. in the above-entitled action. My local co-counsel in this case is Stephen V. Bomse, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Constanstine Cannon LLP, 335 Madison Ave., Fl. 9, New York, NY  10017 | Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA  94105-2669 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 350-2735 | (415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gschnell@constantinecannon.com | sbomse@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GS2567.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/31/15

Gordon Schnell
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gordon Schnell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 1, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **GORDON SCHNELL**     </u>, Bar # <u>     **GS2567**     </u>

was duly admitted to practice in this Court on

<u>     **JANUARY 25th, 1994**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>     **MARCH 25th, 2015**     </u>

<u>Ruby J. Krajick</u>     by _____
Clerk                              Deputy Clerk