IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUBHUB, INC.,<br><br>　　　　Plaintiff,<br>　v.<br>GOLDEN STATE WARRIORS, LLC and TICKETMASTER L.L.C.,<br><br>　　　　Defendants. | No. C-15-1436 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

　　　On May 6, 2015, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the Complaint, filed March 29, 2015.

　　　**IT IS SO ORDERED.**

Dated:  May 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge