**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   STUBHUB, INC.,                                  No. C-15-1436 MMC

11           Plaintiff,                              **ORDER RE: CHAMBERS COPIES**

12     v.

13   GOLDEN STATE WARRIORS, LLC, and
     TICKETMASTER L.L.C.,
14

15           Defendants.
                                                    /
16   _____

17        On May 6, 2015, the above-titled action was reassigned to the undersigned, and the

18   Court has received timely chambers copies of all documents filed after the reassignment.

19   The chambers copy of the motion to dismiss filed by the Golden State Warriors, LLC,

20   however, was submitted in double-sided format.

21        To facilitate the Court's review of all filings, the parties are hereby DIRECTED to

22   submit in single-sided format all chambers copies of documents filed in the future.  See

23   Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-

24   4(c)(2) (providing "text must appear on one side only").

25        **IT IS SO ORDERED.**

26

27   Dated:  May 28, 2015

28                                                  _____
                                                    MAXINE M. CHESNEY
                                                    United States District Judge