IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUBHUB, INC., | No. C 15-1436 MMC |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS; VACATING HEARING** |
| v. | |
| GOLDEN STATE WARRIORS, LLC, and TICKETMASTER, LLC, | |
| Defendants. | |

Before the Court is defendant Golden State Warriors, LLC's "Motion to Dismiss the Complaint," filed May 22, 2015, and defendant Ticketmaster, LLC's "Motion to Dismiss the Complaint," filed May 22, 2015.

On June 15, 2015, the Court approved the parties' stipulation affording plaintiff StubHub, Inc., leave to file, no later than June 30, 2015, opposition to the motions or, alternatively, an amended complaint. On June 30, 2015, plaintiff filed a First Amended Complaint.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied,

//

353 U.S. 947 (1957).

Accordingly, the Court hereby DENIES as moot defendants' motions to dismiss, and VACATES the July 31, 2015 hearing scheduled thereon.

**IT IS SO ORDERED.**

Dated: July 20, 2015

MAXINE M. CHESNEY
United States District Judge