IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUBHUB, INC., | No. C 15-1436 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| GOLDEN STATE WARRIORS, LLC, and TICKETMASTER, LLC, | |
| Defendants. / | |

Before the Court are two motions: (1) defendant Golden State Warriors, LLC's "Motion to Dismiss the First Amended Complaint," filed July 31, 2015, and (2) defendant Ticketmaster L.L.C.'s "Motion to Dismiss the First Amended Complaint," filed July 31, 2015. Plaintiff StubHub, Inc. has filed a single opposition, to which defendants have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for October 16, 2015.

**IT IS SO ORDERED.**

Dated: October 13, 2015

MAXINE M. CHESNEY
United States District Judge