Kevin J. Arquit (NY State Bar No. 1674811)
karquit@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: 212.455.2000   Fax: 212.455.2502

Matthew J. Reilly (admitted *Pro Hac Vice*)
matt.reilly@stblaw.com
Abram J. Ellis (admitted *Pro Hac Vice*)
aellis@stblaw.com
SIMPSON THACHER & BARTLETT LLP
900 G Street N.W.
Washington, DC 20001
Tel.: 202.636.5000   Fax: 202.636.5502

Matthew L. Cantor (admitted *Pro Hac Vice*)
mcantor@constantinecannon.com
Gordon Schnell (admitted *Pro Hac Vice*)
gschnell@constantinecannon.com
Allison F. Sheedy (admitted *Pro Hac Vice*)
asheedy@constantinecannon.com
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Tel.: 212.350.2700   Fax: 212.350.2701

Stephen V. Bomse (State Bar No. 40686)
sbomse@orrick.com
Shannon C. Leong (State Bar No. 268612)
sleong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel.: 415.773.5700   Fax: 415.773.5759

Counsel for Plaintiff StubHub, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STUBHUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN STATE WARRIORS, LLC AND TICKETMASTER L.L.C., <br><br> Defendants. | Case No. 3:15-cv-01436-MMC <br><br> STIPULATED AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE AND ENTRY OF FINAL JUDGMENT |

WHEREAS, Plaintiff StubHub, Inc. ("StubHub") will not seek to amend the First Amended Complaint, and Plaintiff and Defendants Golden State Warriors, LLC and Ticketmaster L.L.C., agree that StubHub has not waived and is not waiving any rights of appeal; and

WHEREAS, StubHub desires to follow the instructions offered by the Ninth Circuit Court of Appeals in *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135-1136 (9th Cir. 1997) (en banc) and *Santoro v. CTC Foreclosures Servs. Corp.*, 193 F.3d 1106, 1107 (9th Cir. 1999);

NOW, THEREFORE, In view of the foregoing, it is hereby agreed by the parties and ordered by the Court that:

1. In light of the papers filed in support of and in opposition to defendant Golden State Warriors, LLC's ("Warriors") "Motion to Dismiss the First Amended Complaint," filed July 31, 2015, and the papers filed in support of and in opposition to defendant Ticketmaster L.L.C.'s ("Ticketmaster") "Motion to Dismiss the First Amended Complaint," filed July 31, 2015, and the Court's November 5, 2015 Order (Dkt. #70), Plaintiff StubHub's First Amended Complaint is Dismissed with Prejudice.

2. Final Judgment is entered against StubHub.

**IT IS SO ORDERED**.

Date: November 30, 2015



MAXINE M. CHESNEY
United States District Judge

Dated:  November 30, 2015

SIMPSON THACHER & BARTLETT LLP

  /s/ Kevin J. Arquit

Kevin J. Arquit
425 Lexington Avenue
New York, NY 10017
212.455.2000
212.455.2502 (fax)
karquit@stblaw.com

Matthew J. Reilly (admitted *Pro Hac Vice*)
Abram J. Ellis (admitted *Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street NW
Washington, DC 20004
202.636.5500
202.636.5502 (fax)
matt.reilly@stblaw.com
aellis@stblaw.com

Matthew L. Cantor (admitted *Pro Hac Vice*)
Gordon Schnell (admitted *Pro Hac Vice*)
Allison F. Sheedy (admitted *Pro Hac Vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
212.350.2738
212.350.2701 (fax)
mcantor@constantinecannon.com
gschnell@constantinecannon.com
asheedy@constantinecannon.com

Stephen V. Bomse
Shannon C. Leong
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
415.773.5700
415.773.5759 (fax)
sbomse@orrick.com
sleong@orrick.com

Attorneys for Plaintiff StubHub, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 30, 2015 | LATHAM & WATKINS LLP |

Dated: November 30, 2015                LATHAM & WATKINS LLP

    /s/ Daniel M. Wall
Daniel M. Wall (Bar No. 102580)
Timothy L. O'Mara (Bar No. 212731)
Sadik Huseny (Bar No. 224659)
Andrew M. Gass (Bar No. 259694)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
Email: dan.wall@lw.com
Email: tim.o'mara@lw.com
Email: sadik.huseny@lw.com
Email: andrew.gass@lw.com

Attorneys for Defendant
Ticketmaster L.L.C.

Dated: November 30, 2015                ARNOLD & PORTER LLP

    /s/ Daniel B. Asimow
Daniel B. Asimow (Bar No. 165661)
Emily H. Wood (Bar No. 260382)
Three Embarcadero Center, 10th Floor
San Francisco, California  94111-4024
Telephone:  +1.415.471.3100
Facsimile:  +1.415.471.3400
Email: daniel.asimow@aporter.com
Email: emily.wood@aporter.com

C. Scott Lent (Admitted *Pro Hac Vice*)
399 Park Avenue
New York, New York 10022-4690
Telephone:  +1.212.715.1000
Facsimile:  +1.212.715.1399
Email: scott.lent@aporter.com

Tiana L. Russell (Bar No. 268682)
555 Twelfth Street, NW
Washington, D.C. 20004-1206
Telephone:  +1.202.942.5000
Facsimile:  +1.202.942.5999
Email: tiana.russell@aporter.com

Attorneys for Defendant
Golden State Warriors, LLC